**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | | |
|---|---|---|
| JOSHUA J. DEVERICKS, | : | **CIV. NO. 18-13451 (RMB)** |
| Plaintiff | : | |
| v. | : | **MEMORANDUM ORDER** |
| CAPE MAY (REGION) OFFICE OF THE PUBLIC DEFENDER, *et al.*, | : | |
| Defendants | : | |

Plaintiff Joshua Devericks was a pretrial detainee confined at Cape May County Correctional Center in Cape May, New Jersey when he brought this civil rights action under 42 U.S.C. § 1983. (Compl., ECF No. 1.) The Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed the complaint upon screening under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b). (Opinion and Order, ECF Nos. 8, 9.)

On the same day this Court issued its Opinion and Order, dismissing the original complaint and granting Plaintiff leave to file an amended complaint, Plaintiff filed a 147-page Amended Complaint. ("First. Am. Compl.") (ECF No. 7.) The First Amended Complaint is in violation of Federal Rule of Civil Procedure 8(a)(2), which requires that a pleading contain "a short and plain

statement of the claim showing that the pleader is entitled to relief."

After filing his First Amended Complaint and receiving this Court's Opinion and Order dated January 2, 2019, Plaintiff submitted a letter request, asking the Court for an extension of time to file second amended complaint because he needs additional time to find someone knowledgeable to assist him with research and writing. (Letter Request, ECF No. 10.)

**IT IS** therefore on this **29th** day of **January 2019;**

**ORDERED** that the Clerk shall reopen this matter; and it is further

**ORDERED** that Plaintiff's request for an extension of time to file a Second Amended Complaint (ECF No. 10) is **GRANTED**; Plaintiff shall file a Second Amended Complaint within 90 days of the date of this Order; unless Plaintiff shows good cause and seeks advance permission, Plaintiff's statement of claims in his Second Amended Complaint shall not exceed ten pages; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint shall not raise any claims that this Court dismissed with prejudice in the Opinion and Order dated January 2, 2019 (ECF Nos. 8, 9); and it is further

**ORDERED** that the Clerk shall administratively terminate this matter; and upon timely receipt of Plaintiff's Second Amended

Complaint, the Court will instruct the Clerk to reopen this matter; and it is further

**ORDERED** that the Clerk shall serve this Order and a blank form "Prisoner Civil Rights Complaint" upon Plaintiff by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**